1020

UNITED STATES of America, Appellant, v. SHERMAN DEVELOPMENT COMPANY, a Corporation, and Nelson Land and Oil Company, a Dissolved Corporation, Appellees.

No. 3833.

Circuit Court of Appeals, Fourth Circuit.

April 1, 1935.

For opinion below, see 7 F. Supp. 601.

George I. Neal, U. S. Atty., of Huntington, W. Va.

Price, Smith & Spilman, of Charleston, W. Va., for appellees.

PER CURIAM.

On motion of appellant and stipulation of attorneys, cause is dismissed. Order filed.

Austin V. WOOD and George J. Rogers, Appellants, v. Thomas J. THOMPSON, William Seaman, Edwin C. Cornwell, William J. Griffith, and Carl E. Neer, Appellees.

In the Matter of WEST VIRGINIA PRINTING COMPANY, a Corporation, Debtor.

No. 3861.

Circuit Court of Appeals, Fourth Circuit.

April 2, 1935.

For opinion below, see 11 F. Supp. 211.

Austin V. Wood, of Wheeling, W. Va., for appellants.

A. W. Laas and McCamic & Clarke, all of Wheeling, W. Va., for appellees.

PER CURIAM.

Order of District Court modified, without opinion. Order filed.

UNITED STATES of America, Appellant, v. Taylor W. WILLIAMS, Appellee.

No. 3887.

Circuit Court of Appeals, Fourth Circuit.

May 10, 1935.

J. O. Carr, U. S. Atty., of Wilmington, N. C., and Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C.

T. Lacy Williams, of Raleigh, N. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.

UNITED STATES of America, on the relation of John DAMMAN (Henry Logeman), Relator, v. Byron UHL, as District Director, United States Immigration and Naturalization Service, Respondent.

No. 425.

Circuit Court of Appeals, Second Circuit.

May 6, 1935.

Maurice B. Gladstone, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City, for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.